UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM WEBB, | Case No. 2:24-cv-02816-DC-CSK |
| Plaintiff, | |
| v. | ORDER |
| NEXTERA ENERGY MARKETING, LLC, et al., | (ECF No. 40) |
| Defendants. | |

Defendant Nextera Energy Operating Services, LLC[1] has made an ex parte request to modify the scheduling order in this case and extend the fact discovery deadline. (ECF No. 40.) Defendant indicates that Plaintiff Adam Webb does not oppose this motion. *Id.* ¶ 11. Good cause is established to extend the discovery deadlines based on the parties' representation that they are working together to resolve outstanding discovery issues. (*See* ECF No. 41.) Because extending the fact discovery deadline impacts other deadlines, including expert disclosure deadlines and dispositive motion filing deadlines, the Court extends those deadlines. The new case deadlines are

---

[1] Only one Defendant is named in the motion (*see* ECF No. 40), but defense counsel is representing all Defendants: Nextera Energy Marketing, LLC, Nextera Energy Operating Services, LLC, Nextera Energy Project Management, LLC, Nextera Energy Resources Development, LLC, Nextera Energy Solutions, LLC.

1

reflected in the following chart:

| Event | Original Deadline | Defendants' Proposal | New Deadline |
|---|---|---|---|
| Fact Discovery Completion | 11/21/2025 | 1/20/20226 | **1/20/2026** |
| Initial Expert Disclosure and Report Production | 12/26/2025 | | **2/20/2026** |
| Rebuttal Expert Disclosure and Report Production | 1/23/2026 | | **3/20/2026** |
| Expert Discovery Completion | 2/27/2026 | | **4/17/2026** |
| Dispositive Motion Filing Deadline[2] | 3/27/2026 | | **5/15/2026** |

All other deadlines outlined in the scheduling order issued February 14, 2025 shall remain the same. (ECF No. 17.)

 IT IS SO ORDERED.

Dated:  November 25, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, webb.2816.24

---

[2]  The Court consulted with the assigned district judge regarding extension of the dispositive motion deadline.

2